IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN L. DELANEY,<br>            Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action NO. 05-255J<br>) Judge Kim R. Gibson/ |
| CAMBRIA COUNTY SHERIFFS<br>DEPARTMENT,<br>            Defendant | ) Magistrate Judge Amy Reynolds Hay<br>)<br>) |

AND NOW, this 16th day of March, 2006, after the plaintiff, John L. Delaney, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS ORDERED that defendants' Motion to Dismiss is GRANTED;

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                         KIM R. GIBSON
                                                         United States District Judge

cc:    Honorable Amy Reynolds Hay

United States Magistrate Judge

John L. Delaney
C/O Shirley Fasoli
Box 144
Elmora, PA 15737

Devon M. Jacob, Esq.
Frank J. Lavery, Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245